UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0594 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| KERRY JONES, | )) ) | |
| Defendant. | ) ) | |
| | ) | |

Good cause appearing,

**IT IS HEREBY ORDERED** the parties' joint request to continue the hearing scheduled for July 7, 2009 to July 28, 2009 is GRANTED.  This matter is rescheduled to **July 28, 2009, at 9:00 a.m.** to trial setting or change of plea.  The time between July 7, 2009 and July 28, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence.

DATED: July 10, 2009

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge