JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-CR-00594 SBA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME TO SEPTEMBER 29, 2009 |
| KERRY JONES, ) | |
|     Defendant. ) | |

The above-captioned matter is set on September 8, 2009, before this Court for a status conference. The parties request that this Court vacate that date and set this matter for change of plea or trial setting on September 29, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 28, 2009. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv).

STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA

Such continuance is required because Kerry Jones was recently undergoing chemotherapy treatment for cancer. Jones has now completed his final round of chemotherapy, and has only very recently been able to meet with his attorney in person to review the discovery and discuss the charges against him. The parties have been negotiating a proposed resolution to this case, but are still resolving issues involving loss amounts and restitution. This continuance will allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between September 4, 2009 and September 29, 2009 be excluded under U.S.C. § 3161(h)(7)(A).

DATED: September 9, 2009          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

　　*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

　　*/s/ Miranda Kane*
MIRANDA KANE
Attorney for Kerry Jones

//

//

//

//

STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA

2

ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until September 29, 2009 at 9:00 a.m., and time is exluded until September 29, 2009.

IT IS SO ORDERED.

DATED:9/8/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA