UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KERRY JONES,<br><br>    Defendant. | No. CR-08-0594 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Pursuant to the stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** the parties' joint request to continue the hearing scheduled for October 20, 2009 to October 27, 2009 is GRANTED. This matter is rescheduled to **October 27, 2009 at 9:00 a.m.** to trial setting or change of plea. The time between October 20, 2009 and October 27, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence.

DATED: October 26, 2009

                                                  HON. SAUNDRA BROWN ARMSTRONG<br>                                                United States District Judge