LAW OFFICE OF MIRANDA KANE
MIRANDA KANE (State Bar No. 150630)
Post Office Box 170277
San Francisco, CA   94117
(415) 515-1248
(415) 553-8622 (Fax)
mkane@mirandakanelaw.com

Attorney for Defendant
KERRY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR-08-0594-SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| ) | **HEARING TO MARCH 16, 2010** |
| ) | |
| KERRY JONES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The above-captioned matter is set on February 2, 2010, before this Honorable Court for a change of plea pursuant to F.R.C.P. 11 (c)(1)(C) and a sentencing hearing.  The parties request that the Court vacate that date and set this matter for change of plea and sentencing on March 16, 2010 at 10:00 a.m..  The parties stipulate that there is good cause for the requested continuance because the United States Probation Office is still completing its investigation and preparing a Pre-Plea Report.  The parties further agree that time should be excluded under the Speedy Trial

STIP & [PROPOSED] ORDER
TO CONTINUE HEARING TO
MARCH 16, 2010
CR-08-0594-SBA

Act pursuant to 18 U.S.C. §§ 3161(h)(1)(I) and (B)(iv).

Dated: January 25, 2010          Respectfully submitted,

                              */s/ Miranda Kane*
                              MIRANDA KANE
                              Attorney for KERRY JONES


                              */s/ Christina McCall*
                              CHRISTINA McCALL
                              Assistant United States Attorney

GOOD CAUSE BEING SHOWN Mr. Jones' change of plea and sentencing hearings in the above referenced matter are continued until March 16, 2010 at 10:00 a.m.. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 18 U.S.C. §§ 3161(h)7A and (B)(iv).

IT IS SO ORDERED.

Dated: 1/28/10          _____
                              THE HONORABLE SAUNDRA B. ARMSTRONG
                              UNITED STATES DISTRICT COURT