LAW OFFICE OF MIRANDA KANE
MIRANDA KANE (State Bar No. 150630)
Post Office Box 170277
San Francisco, CA   94117
(415) 515-1248
(415) 553-8622 (Fax)
mkane@mirandakanelaw.com

Attorney for Defendant
KERRY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KERRY JONES,<br><br>    Defendant. | No.: CR-08-0594-SBA(LB)<br><br>**REQUEST TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW TRAVEL TO CENTRAL DISTRICT OF CALIFORNIA; [PROPOSED] ORDER** |

  On March 16, 2010, the Honorable Saundra B. Armstrong sentenced Mr. Jones to 28 months imprisonment in the above referenced matter.  The Court ordered him to voluntarily surrender to the United States Marshal Service or to a facility designated by the Bureau of Prisons by June 25, 2010.  Mr. Jones has been on Pre-Trial release since January 2009.

  Mr. Jones requests permission to visit to his sister Donna Moore in Duarte, California

REQUEST TO MODIFY
CONDITIONS OF PRE-TRIAL
RELEASE; [PROPOSED] ORDER
CR-08-0594-SBA

between May 23, 2010 and May 30, 2010. Mr. Jones previously visited Ms. Moore without incident in December 2009. Mr. Jones has provided Pre-Trial Services with his exact itinerary and contact information in Duarte. Joshua Libby, Mr. Jones' Pre-Trial Services Officer, has no objection to this request. Likewise, Assistant United States Attorneys Christina McCall and Christine Wong do not object to the request.

Dated: May 17, 2010                    Respectfully submitted,

/s/ Miranda Kane

MIRANDA KANE
Attorney for KERRY JONES

GOOD CAUSE BEING SHOWN Mr. Jones may travel to the Central District of California to visit Donna Moore in Duarte, California on or between May 23, 2010 and May 30, 2010. Mr. Jones must provide a travel itinerary to Pre-Trial Services in advance of leaving and must report to Pre-Trial Services as directed during his stay. All other conditions of release will remain in effect.

IT IS SO ORDERED.

Dated: May 18, 2010                    _____
                                        LAUREL BEELER
                                        UNITED STATES DISTRICT COURT

REQUEST TO MODIFY
CONDITIONS OF PRE-TRIAL
RELEASE; [PROPOSED] ORDER
CR-08-0594-SBA